IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
GREENVILLE DIVISION

| | | |
|---|---|---|
| Joseph J. White, | ) | C.A. No. 6:06-1303-HMH |
| | ) | |
| Plaintiff, | ) | |
| | ) | **OPINION AND ORDER** |
| vs. | ) | |
| | ) | |
| Stulz Golf Technologies, LLC, and | ) | |
| Andreas Stulz, | ) | |
| | ) | |
| Defendants. | ) | |

Stulz Golf Technologies, LLC is hereby ordered to inform the court of the citizenship of all of its members for the purpose of determining whether the requirements of federal subject matter jurisdiction are satisfied. See 28 U.S.C. § 1332; Gen. Tech. Applications, Inc. v. Exro Ltda, 388 F.3d 114, 120 (4th Cir. 2004). Stulz Golf Technologies, LLC is ordered to respond within ten (10) days of the date of this order.

In addition, the notice of removal does not indicate that the matter in controversy exceeds $75,000. As such, the parties are ordered to inform the court within ten (10) days of this order whether the matter in controversy satisfies the requirements of § 1332.

**IT IS SO ORDERED.**

s/Henry M. Herlong, Jr.
United States District Judge

Greenville, South Carolina
May 3, 2006